# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2010

Marilyn Kelly,
Chief Justice

140486

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JAMES TAYLOR, III,
   Defendant-Appellant.

SC: 140486
COA: 294443
Saginaw CC: 07-030081-FH

_____/

   On order of the Court, the application for leave to appeal the December 8, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

y0719